FILED07 JUL '17 15:10USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR- 00250-MO |
| v. | INDICTMENT |
| DAMION ZACHARY FELLER, | 18 U.S.C. § 844(i) |
| Defendant. | 18 U.S.C. § 844(f)(1)) |

### THE GRAND JURY CHARGES:

#### COUNT 1
(Malicious Damage to Property By Means of Fire)
(18 U.S.C. § 844(i))

On or about May 1, 2017, within the District of Oregon, the defendant, **DAMION ZACHARY FELLER,** maliciously damaged and attempted to damage, by means of fire, the Target store located at 939 Southwest Morrison Street, Portland, Oregon 97205, a real property used in interstate and foreign commerce or used in an activity affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 844(i).

///

///

///

///

## COUNT 2
### (Malicious Damage to Vehicle By Means of Fire)
### (18 U.S.C. § 844(f)(1))

On or about May 1, 2017, within the District of Oregon, the defendant, **DAMION ZACHARY FELLER,** maliciously damaged and attempted to damage, by means of fire, a Portland Police Bureau patrol vehicle, a vehicle owned and possessed by an institution or organization receiving Federal financial assistance, to wit: the City of Portland.

In violation of Title 18, United States Code, Section 844(i).

DATED this 7th day of July, 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney