Susan F. Wilk
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Susan_wilk@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAMION ZACHARY FELLER,<br><br>          Defendant. | Case No. 3:17-cr-00250-MO<br><br>DECLARATION IN SUPPORT OF MOTION FOR CONTINUANCE OF THE TRIAL DATE |

I, Susan Wilk, declare:

1.      I am an Assistant Federal Public Defender and counsel of record for Damion Feller.

2.      Mr. Feller was arraigned on August 3, 2017 on one count of Malicious Damage to Property by Means of Fire and one count of Malicious Damage to Vehicle by Means of Fire.  He currently has charges pending in Multnomah County Circuit Court based on the same alleged conduct and appeared in this Court on a Writ of Habeas Corpus ad Prosequendum.

3.      I anticipate that this case will resolve short of trial.  Any resolution would be a "global deal" that would address both the federal and the state charges.  Although I have met with AUSA Leah Bolstad, it is my understanding that Mr. Feller's state-level defense attorney has not

yet engaged in negotiations with the Multnomah County district attorney. A continuance is needed to enable these negotiations to occur. If for some reason the parties are unable to resolve the case, a continuance is needed to prepare for trial.

4. A continuance of the trial date for at least sixty days is necessary to provide the defense with adequate time to conduct independent investigation, including witness interviews; to engage in plea negotiations; and to prepare, if necessary, for trial. The defense also requires additional time to complete research into possible defenses, to research and file appropriate legal motions, and to otherwise prepare for trial.

5. AUSA Bolstad has represented that she has no objection to the requested continuance.

6. Defense counsel has spoken with Mr. Feller, explained the bases for requesting a continuance, and the rights that he has under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)). Mr. Feller knowingly and voluntarily waives his rights under the Speedy Trial Act. He respectfully requests that the Court continue his trial date for at least sixty days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated on September 18, 2017.

*/s/ Susan F. Wilk*
Susan F. Wilk
Assistant Federal Public Defender